## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**No.**    1:20-mj-04015-Becerra

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN JAMIL SUAZO SANCHEZ,**

   **Defendant.**
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?        ___Yes _X__No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___Yes _X__No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___Yes _X__No

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
BREEZYE TELFAIR
Assistant United States Attorney
Florida Bar No. 18055
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715 7644 / 7655
Fax: (305) 715 7639
E mail: Breezye.Telfair@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

United States of America )
v. )
)  Case No.  1:20-mj-04015-Becerra
CHRISTIAN JAMIL SUAZO SANCHEZ, )
)
)

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   2018 through November 11, 2020,   in the county of         Miami-Dade        in the

   Southern    District of      Florida     , the defendant(s) violated:

|  Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |
| 21 U.S.C. § 959 | Conspiracy to distribute cocaine knowing it would be imported to the U.S. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Ryan Nougaret, FBI Special Agent
_Printed name and title_

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date:   November 12, 2020

_Judge's signature_

City and state:          Miami, Florida          Jacqueline Becerra, U.S. Magistrate Judge
_Printed name and title_

<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

Your Affiant, Ryan Nougaret, being duly sworn, deposes and states:

1.      I am a United States law enforcement officer empowered to conduct investigations and make arrests related to violations of offenses contained within Title 18 and Title 21 of the United States Code.

2.      I have worked for the Federal Bureau of Investigation, (FBI), as a Special Agent within the Miami-Field division, since 2015.  Prior to becoming a Special Agent I received and completed Basic Training, as well as completed courses and trainings designed to help agents readily identify and trace assets through financial patterns commonly utilized by money launderers and members of drug trafficking organizations.

3.      In addition to the training I've received as a Special Agent, as a member of the High Intensity Drug Trafficking Area Task Force, commonly referred to as the HIDTA task force, I have gained valuable experience by participating in dozens of investigations centered on detecting and dismantling domestic, international, and transnational money laundering and drug trafficking organizations.

4.      Through witness interviews, debriefs of defendants, as well as information I have gained while training with other members of law enforcement, I am able to identify common methods and techniques utilized by money launderers and drug traffickers in an effort to conceal the source of their funds. Furthermore, I understand drug traffickers and money launderers remain true to patterns that have not failed them in their attempts to conceal proceeds.  Typically, drug dealers and money launderers associate with legitimate people and legitimate businesses in order

to funnel cash from their ill-gotten gains into legitimate, established bank accounts in good standing.

5.      The facts within this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement personnel involved in this investigation.  This affidavit is being submitted for the sole purpose of establishing probable cause that Christian Jamil SUAZO Sanchez (SUAZO) committed the following violations: (1) conspiracy to launder money, in violation of 18 U.S.C. § 1956(h) and (2) conspiracy to distribute more than 5 kilograms of cocaine, in violation of 21 U.S.C. § 959. Because this affidavit is limited to establishing probable cause, not every fact known to law enforcement about this investigation is contained within this affidavit.

6.      As of October 2018, FBI Miami has been conducting an investigation targeting a Honduran transnational criminal enterprise (TCE) responsible for drug trafficking and money laundering in the United States and Honduras.  FBI Miami, through covert investigative methods, has conducted a series of money laundering transactions and has received approximately $3 million from members of the TCE and subsequently laundered through covert bank accounts approximately $2.8 million of illicit proceeds for the TCE.

7.      Specifically, between December 2018 and February 2020, FBI watched as associates of SUAZO delivered a duffel bag stuffed with bulk cash, on 16 different occasions, to an FBI source whom SUAZO said would receive the cash. On some occasions, SUAZO himself would deliver the duffel bag.  On each occasion, FBI secured recordings of the money delivery, deposit, and transfer.  With each bag, SUAZO provided instructions concerning the amount to be disbursed, the method of disbursement, and the name of the intended recipient.

8.     In 2019, SUAZO arranged the delivery of bulk cash and later directed $150,000 be sent via a wire transfer to a particular person in Honduras. The delivery, deposit, and transfer of the money were all captured on recordings. The wire transfer, however, was rejected by the bank in Honduras and SUAZO directed the money be sent another way and in the name of another person. Investigators were able to ascertain that SUAZO's payment of $150,000, was intended for the younger brother of a cartel leader in Honduras.

9.     Later that year, in October 2019, SUAZO met with FBI sources in the Southern District of Florida in order to discuss an investment in a 100 kilogram cocaine shipment from Colombia to Honduras.  During this consensually recorded meeting, SUAZO stated that he worked for powerful individuals in Honduras and that he would invest 50 percent in the cocaine shipment cost up front.  SUAZO confirmed that once the cocaine arrived in Honduras, payment would be made.  In March 2020, SUAZO advised an FBI source that he was prepared to pay for the 100 kilograms of cocaine.  With the help of the FBI's Colombian National Police (CNP) vetted team, a payment of approximately $200,000 on behalf of SUAZO was conducted in Colombia for the 100 kilograms.

10.    On November 11, 2020, SUAZO entered the United States at the Miami International Airport.  He was detained by FBI upon his entry.  He was then transported to the FBI Miami main office in Miramar, Florida where he was interviewed and processed.

11.    During a post-Miranda statement, SUAZO acknowledged his involvement in the transfer of nearly 3 million dollars from South Florida to Honduras.  According to SUAZO, this was bulk cash derived from drug trafficking activities in the United States and was concealed through financial transactions such as cashier's checks and wire transfers.  According to SUAZO,

he was aware the money he concealed and transferred, were drug proceeds and belonged to a cartel in Honduras. SUAZO further admitted his actions were intentional and not the result of a mistake.

12.     Based on records obtained by FBI, money received by SUAZO and later transferred by SUAZO or at the direction of SUAZO, occurred at various locations, but all within the Southern District of Florida.

13.     Based on information contained in this affidavit, I respectfully submit there is probable cause for the issuance of a criminal complaint charging Christian Jamil SUAZO Sanchez with: (1) conspiracy to launder money, in violation of 18 U.S.C. § 1956(h) and (2) conspiracy to distribute more than 5 kilograms of cocaine, in violation of 21 U.S.C. § 959.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Special Agent Ryan Nougaret
Federal Bureau of Investigation

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by _____

This _12th_ day of November, 2020.

Hon. Jacqueline Becerra
U.S. Magistrate Judge
Southern District of Florida

4